UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RIZZO BOTTIGLIERI DE CARLINI SHIPPING
CO. SRL,

                              Plaintiff,

    -against-

BMCC INDUSTRIA E COMERCIO LTDA.,

                            Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/09

09 Civ. 3811 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      By letter dated June 22, 2009, counsel for plaintiff Rizzo Bottiglieri De Carlini Shipping Co. SRL requests that the Ex Parte Order for Process of Maritime Attachment and Garnishment issued on April 22, 2009, be extended for an additional 60 days. As plaintiff has diligently pursued arbitration of its claims and shown a good faith basis for its belief that defendant will have funds within this District, it is hereby ORDERED that the Ex Parte Order for Process of Maritime Attachment and Garnishment issued on April 22, 2009, shall remain in force until August 22, 2009. If no funds are attached during that time, further extensions will be disfavored.

SO ORDERED.

Dated: New York, New York
       June 24, 2009

                                                    GERARD E. LYNCH
                                           United States District Judge